**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILSON DIVISION**

IN THE MATTER OF**: JENNIFER DAWN DEES**          CASE NO:  **05-02540-8-SWH**

### REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| **MS. CASH**<br>**1204 UNDERHILL DR**<br>**JACKSONVILLE, FL 32211-5742** | **$0.06** | 7/1/10 |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**December 14, 2010**          /s/ Trawick H. Stubbs, Jr.
          **TRAWICK H. STUBBS, JR.**
          **CHAPTER 13 TRUSTEE**
          **P. O. BOX 1618**
          **NEW BERN, NC  28563**
          **(252) 633-0074**